**Dismissed and Memorandum Opinion filed February 1, 2024**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00742-CR

---

### ISAIAH CHRISTIAN TAYLOR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 338th District Court
Harris County, Texas
Trial Court Cause No. 1770705**

---

## MEMORANDUM OPINION

Appellant Isaiah Christian Taylor pleaded guilty to aggravated robbery without an agreed recommendation. *See* Tex. Penal Code Ann. § 29.03(a)(2). Appellant also waived his right to appeal. After a hearing on the public safety investigation report, the trial court found appellant guilty and assessed punishment at imprisonment for twenty years. We dismiss the appeal.

The trial court's certification of the defendant's right to appeal stated that appellant waived his right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial

court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). On December 5, 2023, we sent notice to appellant that the appeal would be dismissed for want of jurisdiction unless appellant filed a response within 21 days. Appellant filed no response.

Accordingly, we dismiss the appeal for want of jurisdiction.

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain.
Do Not Publish — Tex. R. App. P. 47.2(b)